IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL BLAKE PORTER,**   **PLAINTIFF**

v.   **CASE NO. 4:17-CV-00264 BSM**

**GERALD LOWERILY, et al.**   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 12th day of May 2017.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE